**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| KALSHIEX LLC,<br>　　*Plaintiff*,<br><br>and<br><br>UNITED STATES OF AMERICA and<br>COMMODITY FUTURES TRADING<br>COMMISSION,<br>　　*Plaintiff-Intervenors*,<br><br>v.<br><br>MARK FURCOLO, in his official capacity as<br>Director of the Division of State Lottery; PETER<br>F. NERONHA, in his official capacity as Rhode<br>Island Attorney General; and CHRISTINA<br>TOBIASZ, in her official capacity as Gaming<br>and Athletics Administrator, Department of<br>Business Regulation<br>　　*Defendants*. | No. 1:26-cv-00327-MSM-PAS<br><br>**DEFENDANTS' NOTICE OF<br>SUPPLEMENTAL<br>AUTHORITY** |
| THE STATE OF RHODE ISLAND by and<br>through ATTORNEY GENERAL PETER F.<br>NERONHA<br>　　*Plaintiff*,<br><br>v.<br><br>KALSHIEX LLC.; and QCX LLC d/b/a<br>POLYMARKET US,<br>　　*Defendants*. | C.A. No. 1:26-cv-00333-MSM-<br>PAS<br>(Consolidated) |

**<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

1

Defendants respectfully submit this Notice of Supplemental Authority to bring to the Court's attention four additional decisions issued by United States District Courts since the August 3rd hearing on Kalshi, Polymarket, and the CFTC's motions for a preliminary injunction. These decisions address issues directly relevant to the matters presently before the Court:

- *KalshiEx LLC v. Cafferelli et al.*, No. 3:25-cv-02016 (D. Conn. August 10, 2026), ECF 94, attached as Exhibit A.

- *Coinbase Financial Markets, Inc. v. Tong et al.*, No. 3:25-cv-02121 (D. Conn. August 10, 2026), ECF 93, attached as Exhibit B.

- *Coinbase Financial Markets, Inc. v. Nessel, et al.*, No. 4:25-cv-14092 (E.D. Mich. August 6, 2026), ECF 57, attached as Exhibit C.

- *KalshiEx LLC v. Cox et al.*, No. 2:26-cv-00151 (D. Utah August 4, 2026), ECF 65, attached as Exhibit D.

The *Cafferelli*, *Tong*, and *Nessel* courts each denied the prediction market's motion for a preliminary injunction, concluding both that sports-event contracts are not "swaps" under the Commodity Exchange Act ("CEA") and that the CEA does not preempt state gambling laws. The *Cox* court likewise denied Kalshi's motion for a preliminary injunction on preemption grounds.

These decisions provide additional authority bearing directly on the issues presented to this Court and are respectfully submitted for the Court's consideration.

Respectfully submitted,

MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation


By their attorneys:

*/s/ Patrick J. Dolan*
Patrick J. Dolan (R.I. Bar #10462)

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky (R.I. Bar # 10742)

*/s/ Michael B. Collins*
Michael B. Collins (R.I. Bar # 11176)

Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (Fax)
pdolan@riag.ri.gov
pmeosky@riag.ri.gov
mcollins@riag.ri.gov


## CERTIFICATION

I hereby certify that the foregoing document was filed through the ECF system on August 12, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Michael B. Collins*