**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KALSHIEX LLC,<br>*Plaintiff*,<br><br>and<br><br>UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br>*Plaintiff-Intervenors*,<br><br>v.<br><br>MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation<br>*Defendants*. | No. 1:26-cv-00327-MSM-PAS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| THE STATE OF RHODE ISLAND by and through ATTORNEY GENERAL PETER F. NERONHA<br>*Plaintiff*,<br><br>v.<br><br>KALSHIEX LLC.; and QCX LLC d/b/a POLYMARKET US,<br>*Defendants*. | C.A. No. 1:26-cv-00333-MSM-PAS<br>(Consolidated) |

**<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants respectfully submit this Notice of Supplemental Authority to bring to the Court's attention the two decisions issued today by the United States Court of Appeals for the Ninth Circuit on the preliminary injunctions sought by Kalshi and North American Derivatives Exchange, Inc., d/b/a Crypto.com, against the State of Nevada:

- *KalshiEX, LLC v. Assad et al.*, No. 25-7516 (9th Cir. Aug. 28, 2026), attached as Exhibit A;
- *North American Derivatives Exchange, Inc., d/b/a Crypto.com v. Nevada et al.*, No. 25-7187 (9th Cir. Aug. 28, 2026), attached as Exhibit B.

In these cases, the Ninth Circuit affirmed the denial or dissolution of preliminary injunctions against Nevada's enforcement of state gambling law against sports event contracts traded on the Plaintiffs' DCMs. In so holding, the Ninth Circuit found that (1) sports event contracts are not "swaps" or "options" under the CEA and (2) state gambling laws were not preempted via express, conflict, or field preemption.

This decision provides additional authority bearing directly on the issues presented to this Court and is respectfully submitted for the Court's consideration.

Respectfully submitted,

MARK FURCOLO, in his official capacity as Director of the Division of State Lottery; PETER F. NERONHA, in his official capacity as Rhode Island Attorney General; and CHRISTINA TOBIASZ, in her official capacity as Gaming and Athletics Administrator, Department of Business Regulation

By their attorneys:

*/s/ Patrick J. Dolan*
Patrick J. Dolan (R.I. Bar #10462)

*/s/ Paul T.J. Meosky*
Paul T.J. Meosky (R.I. Bar # 10742)

*/s/ Michael B. Collins*
Michael B. Collins (R.I. Bar # 11176)

Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (Fax)
pdolan@riag.ri.gov
pmeosky@riag.ri.gov
mcollins@riag.ri.gov

**CERTIFICATION**

I hereby certify that the foregoing document was filed through the ECF system on August 28, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Maria Gilchrist*